**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**CHARLIE BURKE,
JENNY HANSSON,
d/b/a CHERRY PEPPERS,**

     **Plaintiffs,**

**vs.**                             **Case No. 5:03cv182-MCR/WCS**

**CHARLES E. COOKE,
G. EDWARD COOKE,**

     **Defendants.**

_____/

**O R D E R**

     Plaintiffs and Defendants have filed a motion for stipulated dismissal of the

claims against Defendant William D. Glaus.  Docs. 79, 81.  Construed as a notice of

stipulated dismissal, filed pursuant to Rule 41(a)(1)(ii), it is accepted and Defendant

Glaus is dismissed from this action.  Plaintiffs have also filed a more definite statement.

Doc. 82.

     Accordingly, it is **ORDERED**:

     1.  The parties' stipulated dismissal of the claims against Defendant William D.

Glaus is accepted.  Docs. 79, 81.

2.  Defendant Glaus' motion for judgment on the pleadings, doc. 77, is **DENIED**

**as moot**.

    **DONE AND ORDERED** on April 18, 2005.


                                     s/    **William C. Sherrill, Jr.**
                                     **WILLIAM C. SHERRILL, JR.**
                                     **UNITED STATES MAGISTRATE JUDGE**