**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**CHARLIE BURKE,
JENNY HANSSON,
d/b/a CHERRY PEPPERS,**

    **Plaintiffs,**

vs.                                  **Case No. 5:03cv182/MCR/WCS**

**CHARLES E. COOKE,
and G. EDWARD COOKE,**

    **Defendants.**

_____/

**O R D E R**

    **This cause comes on for consideration upon the magistrate judge's Sixth Report and Recommendation. The Plaintiff has previously been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a de novo determination of those portions to which an objection has been made.**

    **Having considered the Sixth Report and Recommendation and all objections thereto timely filed by the parties, I have determined that the Sixth Report and Recommendation should be adopted.**

    **Accordingly, it is now ORDERED as follows:**

    **1.**     **The magistrate judge's Sixth Report and Recommendation is adopted and incorporated by reference in this order.**

    **2.**     **All of the supplemental state law tort claims are hereby DISMISSED for failure to state a claim. The complaint is hereby DISMISSED as to Plaintiff Charlie**

**Burke.  This case shall proceed solely on the contract claims of Plaintiff Jenny Hansson.**

**3.     Plaintiff Hansson shall have until July 1, 2005, to file an amended complaint consistent with the Magistrate Judge's report and recommendation.  This case is hereby REMANDED to the Magistrate Judge for review of Plaintiff Hansson's amended complaint.**

**4.     The motion for judgment on the pleading filed by former Defendant Glaus, doc. 68, is hereby DENIED as moot.**

**DONE AND ORDERED this 25th day of May, 2005.**

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**