**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**JENNY HANSSON,
d/b/a CHERRY PEPPERS,**

 **Plaintiff,**

vs.             Case No. 5:03cv182-MCR/WCS

**CHARLES E. COOKE,
and G. EDWARD COOKE,**

 **Defendants.**

              /

## O R D E R

On May 25, 2005, the sixth report and recommendation, doc. 86, was adopted and all of the state law tort claims were dismissed. Doc.89. *Pro se* Plaintiff Charlie Burke was also dismissed as a party in this case. *Id.* Plaintiff Hansson was directed to file an amended complaint no later than July 1, 2005. *Id.*

Defendants previously filed a motion for a pre-trial conference, doc. 84, and an amended motion, doc. 85, requesting direction from the Court. To the degree Defendants seek a pre-trial conference, the motion is denied. Until Plaintiff Hansson demonstrates her intent to proceed as the sole Plaintiff in this case by filing the amended complaint as directed, a pre-trial conference is inappropriate. However, upon

Plaintiff's filing of that pleading, an order will be expeditiously entered to guide these proceedings.

Accordingly, it is

**ORDERED:**

1.  Defendants' motion for a pre-trial conference, doc. 84, and the amended motion for a pre-trial conference, doc. 85, are **DENIED** as premature.

2.  Plaintiff Hansson shall file the amended complaint presenting only her contract claims **no later than July 1, 2005**, as directed by District Judge M. Casey Rodgers, doc. 89.

3.  The Clerk of Court shall return this file to the undersigned upon receipt of Plaintiff Hansson's amended complaint or no later than July 1, 2005.

**DONE AND ORDERED** on June 2, 2005.

        s/    William C. Sherrill, Jr.
        **WILLIAM C. SHERRILL, JR.**
        **UNITED STATES MAGISTRATE JUDGE**

Case No. 5:03cv182-MCR/WCS