### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

**JENNY HANSSON,**
**d/b/a CHERRY PEPPERS,**

    **Plaintiff,**

vs.                                         **Case No. 5:03cv182-MCR/WCS**

**CHARLES E. COOKE,**
**and G. EDWARD COOKE,**

    **Defendants.**

_____/

## ORDER TO SHOW CAUSE

Plaintiff Hansson, proceeding *pro se*, has filed her amended complaint. Doc. 99. Defendants are directed to file an Answer or, as may be appropriate, some other responsive pleading in response to the amended complaint no later than **August 23, 2005**.

Plaintiff Hansson has once again included a demand for a jury trial in the amended complaint. Doc. 99, p. 5; *cf.* doc. 1, p. 5. As noted in the sixth report and recommendation, doc. 86, there is an issue as to whether Plaintiff Hansson waived her right to a jury trial through contractual agreement. *Id.*, at 10-11. Both parties shall have until **September 2, 2005,** in which to address the question of whether the right to jury

trial is waived, or whether Defendants would support Plaintiff's request for a jury trial regardless of the asserted contractual language.

Accordingly, it is

**ORDERED:**

1.  Defendants shall have until **August 23, 2005**, in which to file a response to Plaintiff Hansson's amended complaint, doc. 99.

2.  The parties shall have until **September 2, 2005**, to explain their respective positions on the issue of whether a jury trial is required in this case as demanded by Plaintiff in the amended complaint.

3.  **Failure to comply with the order of this Court may result in a recommendation of dismissal of this action.**

4.  The Clerk of Court shall return this file to the undersigned upon receipt of Defendants' response to Plaintiff Hansson's amended complaint, or no later than August 23, 2005.

**DONE AND ORDERED** on August 10, 2005.

      s/    William C. Sherrill, Jr.
      **WILLIAM C. SHERRILL, JR.**
      **UNITED STATES MAGISTRATE JUDGE**