**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**JENNY HANSSON,
d/b/a CHERRY PEPPERS,**

    Plaintiff,

vs.        Case No. 5:03cv182-MCR/WCS

**CHARLES E. COOKE,
and G. EDWARD COOKE,**

    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation filed October 3, 2005.  Doc. 105.  The Plaintiff has previously been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the Report and Recommendation and all objections thereto timely filed by the parties, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.	Defendants' motion to strike the demand for jury trial, doc. 103, is GRANTED.

DONE AND ORDERED this 3rd day of November, 2005.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**